UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY DOYLE BUMGARDNER,**
**ADC # 103669**                                                                                          **PLAINTIFF**

v.                              CASE NO. 5:09cv00345 BSM/JJV

**JOHN WHALEY, Assistant Warden, ADC;**
**GARDNER, Lt., Varner Super Max, ADC;**
**WASHINGTON, Sgt., Varner Super Max,**
**ADC; EMSWELLEN, Sgt., Varner Super**
**Max, ADC; DOES, Unknown Officer and**
**Employees, Varner Super Max, ADC;**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

Dated this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE